# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

IN RE:

    CHESTER BURNIDGE HANDLEY,

            Debtor,

Case No. 03-CV-74493-DT

HONORABLE DENISE PAGE HOOD

_____

    KIMBERLEY A. HEFLIN, et al.,

    Plaintiffs/Appellees,

    v.

    CHESTER BURNIDGE HANDLEY,

    Defendant/Appellant.

Bankr. Ct. No. 02-41765

Adv. Case No. 02-4308-R

_____/

## JUDGMENT

    This bankruptcy appeal having come before the Court and pursuant to the Memorandum

Opinion and Order entered this date, accordingly,

    Judgment is entered against Appellant Handley and in favor of the Appellees.

            DAVID J. WEAVER
            CLERK OF COURT

Approved:

            By: s/ Wm. F. LEWIS_____
                    Deputy Clerk

/s/ DENISE PAGE HOOD_____
DENISE PAGE HOOD
United States District Judge

DATED: February 9, 2006

    I hereby certify that a copy of the foregoing document was served upon counsel of record
on February 9, 2006, by electronic and/or ordinary mail.

            s/William F. Lewis_____
            Case Manager